# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| AARON RIGSBY,<br>　　　　Plaintiff,<br><br>　　v.<br><br>BOSTON LANKA NETWORK INC,<br>　　　　Defendant. | )<br>)<br>)<br>)<br>)<br>)  CIVIL ACTION<br>)  NO. 25-40052-DHH<br>)<br>)<br>) |

## ORDER

### May 16, 2025

Hennessy, M.J.

On April 7, 2025, Plaintiff Aaron Rigsby filed the instant complaint asserting a claim of copyright infringement against Defendant Boston Lanka Network Inc. (Docket #1). Defendant filed its answer to the complaint on May 16, 2025. (Docket #6). The answer was signed by Reverend Chitral De Mel. (Id. at 7). Reverend De Mel does not hold himself out to be an attorney and he is not listed as such on the Massachusetts Board of Bar Overseers website.

Corporations are unable to appear pro se, and the court will not recognize the appearance of a corporation unless it is accompanied by the appearance of at least one attorney. D. Mass. Local Rule 83.5.5(c). Therefore, pursuant to Local Rule 83.5.5(c), the court hereby STRIKES the answer (Docket #6) from the docket.

　　　　　　　　　　　　　　　　　　　　/s/ David H. Hennessy
　　　　　　　　　　　　　　　　　　　　David H. Hennessy
　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE